THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Curtis L. Price, Appellant.
 
 
 

Appeal from Greenville County
 C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-057
Submitted January 2, 2007  Filed February 8, 2007   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Curtis L. Price appeals his convictions for armed robbery and possession of a weapon during the commission of a violent crime.  The trial judge sentenced him to thirty years for armed robbery and five years, consecutive, for possession of a weapon.  Price alleges the trial judge erred in denying his motion for a directed verdict.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Prices appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.